JDN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Silva Roque, ) | No. CV 06-1021-PHX-PGR (MEA) |
| )    Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Dora B. Schriro, et al. ) | |
| ) | |
| )    Defendants, ) | |

Plaintiff Frank Silva Roque filed this civil rights action under 42 U.S.C. § 1983 against various officials from the Arizona Department of Corrections (ADC) (Doc. #33). Among his four counts is a claim against ADC Director Dora Schriro, Warden John Ontiveros, and Deputy Warden C. Neese alleging that Plaintiff was placed in cell with conditions that violated his Eighth Amendment rights (Count IV) (id. at 6A). Ontiveros has not yet been served.

Plaintiff has filed a "Combination Motion to Dismiss a Defendant and Motion to Add a Defendant" (Doc. #44). He seeks to dismiss Ontiveros as a defendant and amend his complaint by replacing Ontiveros with Robert Stewart, Ontiveros' successor as warden (id.). There was no response to the motion.

Before the Court is Magistrate Judge Aspey's Report and Recommendation addressing Plaintiff's motion (Doc. #50). The Report and Recommendation recommends denying the motion (id.). Neither party has filed objections; thus, the Court is not obligated to review the Report and Recommendation. See U.S. v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*); Fed. R. Civ. P. 72(b)(3) ("[t]he district judge must determine de

novo any part of the magistrate judge's disposition that has been properly objected to"). Even so, the Court has reviewed Judge Aspey's Report and Recommendation and incorporates and adopts it.

**IT IS ORDERED:**

(1) The Report and Recommendation of Magistrate Judge Aspey (Doc. #50) is **adopted**.

(2) Plaintiff's "Combination Motion to Dismiss a Defendant and Motion to Add a Defendant" (Doc. #44) is **denied**.

DATED this 31st day of March, 2008.

Paul G. Rosenblatt
United States District Judge